FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:23-cr-135-SDM-TGW

   18 U.S.C. § 922(g)(1)

DIMONTARIO L. HOPPS

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about November 5, 2022, through on or about November 6, 2022, in the Middle District of Florida, the defendant,

DIMONTARIO L. HOPPS,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Delivery of Cocaine and Possession of Cocaine on or about January 15, 2008 (06CF23715);

2. Delivery of Cocaine and Possession of Cocaine on or about January 15, 2008 (07CF14952);

3. Fleeing to Elude on or about March 18, 2010;

4. Burglary of a Dwelling, Grand Theft, Burglary of a Conveyance, and Fleeing to Elude on or about February 27, 2013;

5. Carrying a Concealed Firearm on or about February 27, 2013;

6. Felon in Possession of a Firearm on or about February 27, 2013;

7. Possession of Cocaine on or about December 2, 2019; and

    8.    Fleeing to Elude on or about December 2, 2019,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a Ruger P89DC 9mm handgun, Sellier and Bellot ammunition, Federal ammunition, and Speer ammunition.

In violation of 18 USC §§ 922(g) and 924(a)(8).

### COUNT TWO

On or about January 25, 2023, in the Middle District of Florida, the defendant,

### DIMONTARIO L. HOPPS,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Delivery of Cocaine and Possession of Cocaine on or about January 15, 2008 (06CF23715);

2. Delivery of Cocaine and Possession of Cocaine on or about January 15, 2008 (07CF14952);

3. Fleeing to Elude on or about March 18, 2010;

4. Burglary of a Dwelling, Grand Theft, Burglary of a Conveyance, and Fleeing to Elude on or about February 27, 2013;

5. Carrying a Concealed Firearm on or about February 27, 2013;

6. Felon in Possession of a Firearm on or about February 27, 2013;

7. Possession of Cocaine on or about December 2, 2019; and

8. Fleeing to Elude on or about December 2, 2019,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, that is, a Smith and Wesson, Model SD40VE, .40 caliber handgun and three rounds of PMC ammunition, and seven rounds of Remington ammunition.

In violation of 18 USC §§ 922(g) and 924(a)(8).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following:

   a. A Ruger P89DC 9mm handgun;

   b. A Smith and Wesson, Model SD40VE, .40 caliber handgun; and

   c. Assorted ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

  c.  has been placed beyond the jurisdiction of the court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

           A TRUE BILL,

           ███████████████
           Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

By: _____
For: Christopher Murray
Assistant United States Attorney
Chief, Criminal Division, South

FORM OBD-34
April 23

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

THE UNITED STATES OF AMERICA

vs.

DIMONTARIO L. HOPPS

INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill,

_____
Foreperson

Filed in open court this 13th day

of April, 2023.

_____
Clerk

Bail $ _____

GPO 863 525